Eastern District of Kentucky
FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

OCT 19 2005

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION NO. 2005-80

MARLENE SAMPLES                                              PLAINTIFF

VS.                          **JUDGMENT**

JO ANNE BARNHART
COMMISSIONER OF SOCIAL SECURITY                              DEFENDANT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, and the court being advised,

**IT IS ORDERED AND ADJUDGED** that the motion of plaintiff for summary judgment (Doc. #10) be, and it is, hereby **granted** in part, and **denied** in part; that the motion of defendant for summary judgment (Doc. #12) be, and it is, hereby **denied, without prejudice**; and that this action be, and it is, hereby **remanded to the Commissioner** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This 19th day of October, 2005.

_____
WILLIAM O. BERTELSMAN, JUDGE